O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENNY HENDRIX, | ) Case No. CV 17-1967-SVW(AJW) |
|        Petitioner, | ) MEMORANDUM AND ORDER |
| | ) DISMISSING PETITION |
|     v. | ) |
| | ) |
| K. SANTORO, Warden, | ) |
| | ) |
|        Respondent. | ) |
| _____ | ) |

On March 13, 2017, petitioner filed this petition for a writ of habeas corpus challenging his 1991 conviction of attempted murder, rape and kidnapping in Los Angeles Superior Court case number NA007938. The petition alleges that exculpatory evidence was destroyed and that the evidence would demonstrate that he is actually innocent.

Petitioner has filed three habeas corpus petitions in this Court challenging the same conviction. The first petition was denied with prejudice. Case no. CV 97-9045-SVW(AIJ). The subsequent petitions were dismissed as successive. Case nos. CV 00-12452-R(AIJ) & CV 07-2798-SVW(AJW).

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Absent authorization from the Court of Appeals, this Court lacks jurisdiction over a successive petition. See Magwood v. Patterson, 561 U.S. 320, 330-331 (2010); Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001), cert. denied, 538 U.S. 984 (2003).

Because petitioner has not obtained leave from the Court of Appeals to file a successive petition, the petition is dismissed for lack of jurisdiction.[1]

**It is so ordered.**

Dated: March 16, 2017

_____
Stephen V. Wilson
United States District Judge

---

[1] Ninth Circuit Rule No. 22-3(a) provides that "[i]f a second or successive petition or motion, or an application for authorization to file such a petition or motion, is mistakenly submitted to the district court, the district court shall refer it to the court of appeals." Because the circumstances indicate that petitioner intentionally filed this action in this Court, not that he did so mistakenly, Rule 22-3(a) is inapplicable. Nevertheless, the Clerk is directed to mail petitioner a copy of Ninth Circuit Form 12 so that petitioner may file an application for leave to file a second or successive petition in the Court of Appeals.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BENNY HENDRIX,                    ) Case No. CV 17-1967-SVW(AJW)
                                  )
            Petitioner,           )
                                  )
      v.                          ) JUDGMENT
                                  )
K. SANTORO, Warden,               )
                                  )
            Respondent.           )
_____)

     It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.


Dated: _____


                              _____
                              Stephen V. Wilson
                              United States District Judge