JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENNY HENDRIX, | ) Case No. CV 17-1967-SVW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| K. SANTORO, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: March 16, 2017

_____
Stephen V. Wilson
United States District Judge